```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 13224
   NOLITA V MCCLENDON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-3084

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/16/2006 and was confirmed 01/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 08/02/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
OPTION ONE MORTGAGE      CURRENT MORTG         .00          .00            .00
OPTION ONE MORTGAGE      MORTGAGE ARRE     1047.06          .00        1047.06
ASSET ACCEPTANCE LLC     UNSECURED          600.23          .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED         2368.39          .00          19.29
B-REAL LLC               UNSECURED         5066.22          .00          41.26
B-REAL LLC               UNSECURED         2157.68          .00          17.57
B-LINE LLC               UNSECURED        19597.08          .00         159.62
ECAST SETTLEMENT CORP    UNSECURED          291.30          .00            .00
RESURGENT CAPITAL SERVIC UNSECURED          501.41          .00            .00
B-REAL LLC               UNSECURED         1317.39          .00            .00
DRANIAS HARRINGTON WILSO DEBTOR ATTY           .00                         .00
TOM VAUGHN               TRUSTEE                                         76.65
DEBTOR REFUND            REFUND                                         914.55

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 2,276.00

PRIORITY                                              .00
SECURED                                          1,047.06
UNSECURED                                          237.74
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                76.65
DEBTOR REFUND                                      914.55
                      --------------       --------------
TOTALS                  2,276.00                 2,276.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 13224 NOLITA V MCCLENDON
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 11/28/07            _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE


                                    PAGE   2
           CASE NO. 06 B 13224 NOLITA V MCCLENDON